**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| LEE NYKAZA Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>AUDIOEYE, INC., NATHANIEL T. BRADLEY, AND EDWARD O'DONNELL,<br><br>Defendants. | Case No. 2:15-cv-00673 (DLR)<br><br><u>CLASS ACTION</u> |
| RALPH SACZAWA, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>AUDIOEYE, INC., NATHANIEL BRADLEY, AND EDWARD O'DONNELL,<br><br>Defendants. | Case No. 2:15-cv-00163 (DCB)<br><br><u>CLASS ACTION</u> |

**NOTICE OF MOTION OF RALPH SACZAWA, AND SAM GINDI TO CONSOLIDATE ACTIONS, FOR LEAD PLAINTIFFS APPOINTMENT AND FOR APPROVAL OF THEIR SELECTION OF LEAD AND LIAISON COUNSEL <u>AND LIAISON COUNSEL</u>**

PLEASE TAKE NOTICE that, upon the accompanying declaration of Ralph Saczawa, and Sam Gindi ("Movants" ) dated June 15, 2015, the accompanying memorandum of law in support, and upon all other papers had herein, Movants will move this Court for an Order:

(A)     Pursuant to Fed. R. Civ. P. 42(a), consolidating the above-captioned actions;

(B)     Pursuant to 15 U.S.C. § 78u-4(a), appointing Movants as Lead Plaintiffs; and approving Lead Plaintiffs' choice of Milberg LLP as Lead Counsel and McNamara Goldsmith, P.C. as Liaison Counsel; and

(C)     Granting such other and further relief as may be just, proper and equitable.

PLEASE TAKE FURTHER NOTICE that a proposed form of Order is submitted herewith.

DATED:  June 16, 2015                        Respectfully submitted,

**MCNAMARA GOLDSMITH, P.C.**

By:  __/s/ Eugene N. Goldsmith
1670 E. River Road, Ste. 200
Tucson, Arizona 85718-5834
Telephone:    (520) 624-0126
Facsimile:    (520) 624-9238
Email:eng@mgm-legal.com

Proposed Liaison Counsel

**MILBERG LLP**
Andrei V.  Rado
One Pennsylvania Plaza, 49th Floor
New York, NY  10119
Telephone:    (212) 594-5300
Facsimile:    (212) 868-1229
Email: arado@milberg.com

Proposed Lead Counsel

1